```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 08669
   GEORGE R POWERS
   VANESSA A POWERS                            CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-5446      SSN XXX-XX-1885


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/10/2005 and was confirmed 05/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/23/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG  CURRENT MORTG         .00             .00            .00
HOMEQ SERVICING           CURRENT MORTG         .00             .00            .00
HOMEQ SERVICING           MORTGAGE ARRE    12018.03             .00       12018.03
FIRST BANK & TRUST OF EV  SECURED            369.13           65.92         369.13
BANK OF AMERICA NA        UNSEC W/INTER NOT FILED               .00            .00
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED               .00            .00
CAPITAL ONE BANK          UNSEC W/INTER NOT FILED               .00            .00
CARSON PIRIE SCOTT        UNSEC W/INTER NOT FILED               .00            .00
CITGO OIL                 UNSEC W/INTER NOT FILED               .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER NOT FILED               .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      605.14           48.06         605.14
ECAST SETTLEMENT CORP     UNSEC W/INTER      130.44           10.27         130.44
HFC                       UNSEC W/INTER NOT FILED               .00            .00
HSBC BANK                 UNSEC W/INTER NOT FILED               .00            .00
LEADING MAN CLOTHES       UNSEC W/INTER      199.00           15.86         199.00
MAX RECOVERY              UNSEC W/INTER     1433.20          113.79        1433.20
MCS                       UNSEC W/INTER NOT FILED               .00            .00
MIDLAND FINANCE           UNSEC W/INTER NOT FILED               .00            .00
MIDLAND FINANCE COMPANY   UNSEC W/INTER NOT FILED               .00            .00
MONTGOMERY WARD           UNSEC W/INTER NOT FILED               .00            .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER NOT FILED               .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     1742.74           94.83        1742.74
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     1465.51           79.79        1465.51
RESURGENT CAPITAL SERVIC  UNSEC W/INTER      429.31           23.36         429.31
STATE COLLECTION SERVICE  UNSEC W/INTER NOT FILED               .00            .00
VAN RU CREDIT CORPORATIO  UNSEC W/INTER NOT FILED               .00            .00
VERIZON WIRELESS          UNSEC W/INTER      653.34           51.86         653.34
WELLS FARGO HOME MORTGAG  SECURED NOT I     1641.51             .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,778.15                       2,778.15
TOM VAUGHN                TRUSTEE                                          1,210.32
DEBTOR REFUND             REFUND                                               .00


              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 08669 GEORGE R POWERS & VANESSA A POWERS
```

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     23,538.05

PRIORITY                                                   .00
SECURED                                              12,387.16
    INTEREST                                             65.92
UNSECURED                                             6,658.68
    INTEREST                                            437.82
ADMINISTRATIVE                                        2,778.15
TRUSTEE COMPENSATION                                  1,210.32
DEBTOR REFUND                                              .00
                           ---------------      ---------------
TOTALS                      23,538.05                23,538.05
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
  Dated: 11/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```